# United States District Court

DISTRICT OF ___OREGON___

MASONRY INDUSTRY TRUST ADMINISTRATION,
INC., an Oregon corporation,
                   Plaintiff,

## BILL OF COSTS

V.

TOM TROY, an individual; MIKE LISTER,
an individual; and JEFF POPP, an individual;
                  Defendants

Case Number: CV05-1261-MO

Judgment having been entered in the above entitled action on __8/07/06__ against __Tom Troy__
                                                      Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. $ | 250.00 |
| Fees for service of summons and subpoena ................................................. | 403.75 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ....... | |
| Fees and disbursements for printing .................................................... | |
| Fees for witnesses (itemize on reverse side) ............................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ..................... | |
| Docket fees under 28 U.S.C. 1923 ........................................................ | |
| Costs as shown on Mandate of Court of Appeals ............................................ | |
| Compensation of court-appointed experts .................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .............. | |
| Other costs (please itemize) ............................................................. | |
| TOTAL $ | 653.75 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Signature of Attorney: _____

Name of Attorney: __Bradley L. Middleton__

For: __Plaintiff Masonry Industry Trust Administration, Inc.__    Date: __August 21, 2006__
           Name of Claiming Party

Costs are taxed in the amount of $653.75 _____ and included in the judgement.

__SHERYL S. McCONNELL__    By: _____    9/28/06
Clerk of Court                        Deputy Clerk                  Date

```
Court Name: District Court of Oregon
Division: 3
Receipt Number: ORX300004995
Cashier ID: eoss
Transaction Date: 08/15/2005
Payer Name: Bradley L. Middleton PC
----------------------------------
CIVIL FILING FEE
 For: Bradley L. Middleton PC
 Case/Party: D-ORX-3-05-CV-001261-001
 Amount:       $250.00
----------------------------------
CHECK
 Check/Money Order Num: 5032
 Amt Tendered:  $250.00
----------------------------------
Total Due:       $250.00
Total Tendered:  $250.00
Change Amt:      $0.00


A $45.00 fee will be charged on all
returned checks.
```

# DJC

P.O. Box 10127
Portland, Oregon 97296-0127
(503) 226-1311
FAX (503) 224-7140
Public Notice FAX (503) 222-5358

**INVOICE**

| INVOICE NO. |
|---|
| 10614467 |

| TERMS OF PAYMENT |
|---|
| 10 |

| SALES REPRESENTATIVE |
|---|
| LEGALS - DJC |

| BILLED ACCOUNT NO. |
|---|
| 50011348 |

| INVOICE DATE |
|---|
| 05/26/06 |

1 of 1

BRADLEY L MIDDLETON
6950 SW HAMPTON, STE 250
TIGARD OR 97223

| ORDER NUMBER | START DATE | END DATE | # DAYS RUN | DESCRIPTION | GROSS AMOUNT | SALES DISC. | NET AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| 10107795 | 05/01/06 | 05/22/06 | 4 | **SUMMONS** **MASONRY INDUSTRY TRUST ADMINISTRATION, INC. vs. TOM TROY, MIKE LISTER AND JEFF POPP** | 403.75 | 0.00 | 403.75 |

*Handwritten notations: "TT/CMT-On Water Billed", "6/30/06 #5287"*

**REMITTANCE**
DETACH & RETURN THIS PORTION WITH YOUR PAYMENT

| BILL DATE | ACCOUNT NO. | INVOICE NO. |
|---|---|---|
| 05/26/06 | 50011348 | 10614467 |

MasterCard  VISA

Acct. Name: BRADLEY L MIDDLETON

CARD NUMBER     EXP. DATE MM/YY

# DJC

P.O. Box 10127, Portland, Oregon, 97296-0127
(503) 226-1311, FAX (503) 224-7140
Public Notice FAX (503) 222-5358

BILL MY ACCOUNT $_____   CUSTOMER SIGNATURE_____   AMOUNT ENCLOSED $_____